NOTE: CHANGES MADE BY COURT

# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| HB SURGICAL ARTS LLC, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE SERVICES, INC.; UNITED HEALTHCARE INSURANCE COMPANY; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. 8:23-cv-00402-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE [22]** |

///

///

///

Having considered and reviewed the Parties' Joint Stipulation to Dismiss Action without Prejudice [22] (the "Stipulation"), filed by Plaintiff HB SURGICAL ARTS LLC and Defendant UNITED HEALTHCARE SERVICES, INC. and Defendant UNITED HEALTHCARE SERVICES, INC., and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each respective party to bear its own fees and costs of court.   .

**IT IS SO ORDERED**.

DATED: May 19, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE